```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

BENJAMIN K, KLEINMAN (NYBN 5358189)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Benjamin.kleinman2@usdoj.gov
```

FILED
May 04 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FALAKIKO MAUSIA, aka "GEEKZ", <br><br> Defendant. | CASE NO. 4:22-mj-70588-MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on May 4, 2022, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐     Indictment

☐     Information

■     Criminal Complaint

☐     Other (describe):

pending in the District of Utah, Case Number 2:22-mj-181 JCB.

In that case, the defendant is charged with violating 18 U.S.C. §§ 371 and 922(a)(1)(A),

Conspiracy to Engage in the Business of Dealing in Firearms without a License.

The maximum penalties are as follows: 10 years' imprisonment; $250, 000 fine; 3 years' supervised release; $100 special assessment; forfeiture.

Date: May 4, 2022

Respectfully Submitted,

STEPHANIE M. HINDS
United States Attorney

*Benjamin K. Kleinman*
BENJAMIN K. KLEINMAN
Special Assistant United States Attorney

ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FALAKIKO MAUSIA AKA "GEEKZ", OKUSTINO JOHN MAUSIA AKA "DEENZ", AND DEVIN TEVITA VELOZA MAUSIA;<br><br>Defendants. | COMPLAINT  2:22mj181 JCB<br><br>COUNT I: 18 U.S.C. §§ 371 and 922(a)(1)(a), Conspiracy to Engage in the Business of Dealing in Firearms without a License (All Defendants)<br><br>COUNT II: 18 U.S.C. §§ 924(n) and 2, Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License (Okustino Mausia)<br><br>Magistrate Judge Jared C. Bennett |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

## COUNT I
18 U.S.C. §§ 371 and 922(a)(1)(A)
(Conspiracy to Engage in the Business of Dealing in Firearms without a License)

Beginning on a date unknown, but not later than July 1, 2021, and continuing

through at least December 1, 2021, in the District of Utah and elsewhere,

FALAKIO MAUSIA AKA "GEEKZ", OKUSTINO JOHN MAUSIA AKA "DEENZ",
AND DEVIN TEVITA VELOZA MAUSIA,

1

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to engage in the business of dealing in firearms without a license, and in the course of such business to receive and transport any firearm in interstate commerce without a license; all in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A); and punishable pursuant to 18 U.S.C. § 371. Count II alleges an overt act committed in furtherance of the Conspiracy alleged in this Count, and is incorporated herein.

## COUNT II
18 U.S.C. §§ 924(n) and 2
(Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License)

On or about August 23, 2021, in the District of Utah,

OKUSTINO JOHN MAUSIA AKA "DEENZ",

defendant herein, with the intent to engage in conduct that constitutes a violation of 18 U.S.C. § 922(a)(1)(A), traveled from California to Utah and acquired firearms in furtherance of such purpose, and did aid and abet therein; all in violation of 18 U.S.C. §§ 924(n) and 2; and punishable pursuant to 18 U.S.C. § 924(n).

This complaint is made on the basis of investigation consisting of the following:

## AGENT BACKGROUND

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since July of 2019. I am a graduate of the Criminal Investigator Training Program and ATF Special Agent Basic Training program held at the Federal Law Enforcement Training Center in Glynco, Georgia. I

have received specialized training in the enforcement of federal firearm and explosive laws. My duties and responsibilities include participating in the investigation and prosecution of persons who violate federal firearm laws and related federal criminal laws. As an ATF SA, I have participated in the investigation of persons who have violated federal laws. The majority of these investigations involved firearms and/or narcotics-related violations. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience as an ATF SA, I am familiar with federal laws, including but not limited to the offenses listed above

2. Prior to my employment by the ATF, I was a Uniformed Division Officer-Technician with the United States Secret Service for approximately 10 years.

3. I am familiar with the facts and circumstances set forth herein as a result of my personal participation in this investigation, as well as my review of official reports and records and conversations with other law enforcement officers as more fully described below. The facts in this affidavit come from my personal observations, my specialized training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that **FALAKIKO MAUSIA, OKUSTINO MAUSIA, AND DEVIN TEVITA VELOZA MAUSIA** have violated 18 U.S.C. §§ 371 and 922(a)(1)(a) (Conspiracy to Engage in the Business of Dealing in Firearms without a License) and OKUSTINO MAUSIA has

violation18 U.S.C. §§ 924(n) and 2 (Interstate Travel with Intent to Engage in the Business of Dealing in Firearms without a License).

## STATEMENT OF PROBABLE CAUSE

5. In October of 2021, ATF learned that Vainiaku Magic NAA had purchased a significant number of firearms from 2019-2022. As of February 15, 2022, at least ninety-seven (97) firearms are known to have been purchased by NAA from FFLs in Utah. The aforementioned ninety-seven (97) firearms were purchased between March 1, 2020, and February 15, 2022, except one firearm that was purchased in September 2019.

6. E-trace also revealed that eight (8) firearms purchased by NAA were found and recovered in criminal investigations, with seven (7) being found in California and one (1) in Utah. All of these recovered guns were associated with criminal activity.

7. The time to crime (time between the gun's purchase and when the gun was found in relation to a crime) for the firearms were 14 days, 34 days, 74 days, 84 days, 98 days, 193 days, 245 days and 330 days.

8. On January 21, 2022, ATF agents conducted a federal search warrant at NAA's residence and arrested NAA. A search of NAA's cell phone text messages revealed discussions with an individual listed in NAA's phone as Deenz2 with the phone number 205-597-6377. A query through TLO revealed the number belonging to an individual identified as **Okustino John MAUSIA.** I conducted a second query through TLO using the listed social security number for MAUSIA and revealed two results, Okustino MAUSIA and Little Deenz. Little Deenz's TLO report stated the same social security number, date of birth, and

listed address in Oakland, CA as Okustino MAUSIA.

9.      Conversations between NAA and Okustino MAUSIA show Okustino MAUSIA asking NAA to acquire certain type of firearms for him and other individuals. Okustino MAUSIA sent NAA approximately 18 different screenshots of firearms listed for sale on Utah Gun Exchange and asked NAA, "Brodie if you ain't doing shit today, need help grabbing some straps. Off the website." NAA replied stating that he was working right now and asked which ones Okustino MAUSIA was talking about. Okustino MAUSIA replied, "it's all good brodie, and I got hella shit we can be able to grab. Just the matter of us takin the drive or the price is right. Ima send em all to you rn." These conversations range from approximately July 2021 to September 2021. Below are a few examples of conversations between NAA and Okustino MAUSIA:

   a. July 17, 2021:
    i. NAA: "they got 2 of them"
   ii. NAA: "did u wna send the bread for the other one.?
  iii. Okustino: " bet gone send the rest rn"
   iv. NAA: "yupz"
    v. Okustino: "Yeah brodie going to bank rq"
   vi. NAA: "lmk..im here rn"
  vii. Okustino: " Bet On my way! To bank rn"
 viii. NAA: "he sayd the total after taxes is gna be 2260"
   ix. Okustino: " bet"
    x. Okustino: "Finan send it no"
   xi. NAA: "yupz"
  xii. NAA: " hes finishin up paperwork"
 xiii. Okustino: "Waiting for it to hit my bank it's processing it"
  xiv. Okustino: "Then sending it"
   xv. Okustino: "Asap"
  xvi. Okustino: "Brodie can you do Apple Pay or nah?"
 xvii. NAA: "yea"

    xviii. Okustino: "Bet"
    xix. NAA: "sent it?"
    xx. NAA: "at the register"
    xxi. Okustino: "Brodie my cashapp trippen I'm trying to send it rn"
    xxii. NAA: "wuts the word.!"
    xxiii. NAA: "????"
    xxiv. Okustino: "Brodie nun working, you have zelle?"
    xxv. Okustino: "idk why tf shit trippen Bruh"
    xxvi. NAA: "nah"
    xxvii. NAA: "ima just get one then bro"
    xxviii. Okustino: "Ight bro I'm still gone try n send it"
    xxix. NAA: "got 1"

On July 17, 2021, the date of the conversation above, MAUSIA transferred NAA $1,100 dollars via Cashapp. On July 17, 2021, NAA conducted a transaction at FFL Gunnies for $1,126.11 dollars. From the collection of ATF form 4473s and queries of multiple sales reports from etrace, on July 17, 2021, NAA purchased a FN model five-seven Mk2 pistol from FFL Gunnies. On July 18, 2021, MAUSIA transferred NAA $1,150 dollars via Cashapp. On July 19, 2021, NAA conducted a transaction at FFL Gunnies for $1,165.78 dollars. From the collection of ATF form 4473s and queries of multiple sales reports from etrace, on July 19, 2021, NAA purchased another FN model five-seven Mk2 pistol from FFL Gunnies.

    b. <u>July 18, 2021:</u>
      i. Okustino: "Wassup Brodie you trynna drop the keltec off to chiefs shit whenever you get the chane, lil lanz or Vili finna grab it tmr."
      ii. NAA:" yupz"
      iii. NAA: "ima drop it 2mrrw"

    c. <u>July 22, 2021:</u>
      i. Okustino: "Glock 23, g27, xd 45, mnp40"

    ii. Okustino: "Look fo them for me"
   iii. NAA: "aight"

  d. <u>August 6, 2021</u>:
    i. Okustino: "Ight bet bro shit I ain't gone lie I needa get out there ina bout a week, I got money ready tho bro.  I just need you to hit the stores."
    ii. Okustino: "N might grab that g 17"
   iii. NAA: "aight..ima hit them this weekend"

  e. <u>August 7, 2021</u>:
    i. Okustino: "Try to look fo xds n shit too we got somebody who wanna grab like 5 smal ones so look fo some cheap shit so we can both throw our dollar."
    ii. Okustino: "He wanna mix od glocks n xds"
   iii. NAA: "the xds any caliber.?"

  f. <u>August 20, 2021</u>:
    i. Okustino: "Ay brodie my bad on not hitting back, I'm coming down there tmr I'm fina b bringing some bread too so anything you can grab we need it my fault bruh"

  g. <u>August 21, 2021</u>:
    i. Okustino: "Dam near need like 2-3 each of the Glocks 19, 19x,30, 43, 43x, &17"
    ii. NAA: "how long u in town for.?"
   iii. Okustino: "Really for a couple days, really only wanted to be out here for a day fr but Yk we can see wassup"
   iv. Okustino: "I just know the shops gone be the lowest"
    v. NAA: "thats why I asked how long cuz if the shops see that i buy too many guns in one day they gna flag me"
   vi. NAA: "hahaha"
  vii. Okustino: "How many you think you can grab ? I might be able to have somebody else grab some too if that's the case"
 viii. NAA: "if we go shops i can maybe grab 4-5 the most in a day"
   ix. Okustino: "Ok that's koo enough shit, we can do that and then grab some shit from the website if that koo w you.  And I gotchu, ima throw you sum off this.  Just gotta find them numbers we looking fo so we can wack lol"

10. In addition to the text messages from NAA and MAUSIA, I queried NAA's Cashapp application and discovered multiple transfers of money from MAUSIA to NAA. From approximately June 2021 to September 2021, there are approximately thirteen money transfers totaling approximately $9,370 dollars that appear to be used to facilitate the purchase of firearms.

11. In additional to Okustino transferring money to NAA, I discovered an individual listed as **Devin Tevita Velozo-Mausia**, who is the brother of Okustino MAUSIA, who sent money to NAA which correlates with NAA's purchases of firearms.

12. ATF identified Siosifa Lavulavu as an individual also involved in facilitating firearms purchases. On February 25, 2022, ATF agents conducted a federal search warrant at Lavulavu's residence and arrested Lavulavu.

13. On March 14, 2022, ATF agents conducted an interview with Lavulavu. During the interview, Lavulavu stated an individual identified as Falakiko MAUSIA, who is the father of Okustino and Devin MAUSIA, would transfer money to him via Zelle for Lavulavu to facilitate the purchase of firearms through NAA from approximately September to November, 2021. Lavulavu stated Falakiko MAUSIA would inform him of which firearms to buy and what calibers. Lavulavu stated then he would inform NAA of what firearms to buy for Falakiko MAUSIA and NAA would receive $100.00 dollars per firearm purchased. Lavlavu stated he either transferred the money sent from Falakiko MAUSIA either by Venmo and/or cash to NAA to purchase approximately thirty (30) firearms. Lavulavu showed me on google maps that Falakiko MAUSIA resides in Oakland, CA, which is the same address listed

for Okustino and Devin MAUSIA.

14. Lavulavu stated Falakiko and Okustino MAUSIA traveled to Utah on three separate occasions to pick up firearms from him and NAA. Lavulavu stated Okustino MAUSIA traveled to Utah on two occasions and Falakiko MAUSIA traveled to Utah on one occasion to pick up firearms from him. Lavulavu stated Falakiko and Okustino MAUSIA picked up approximately ten (10) to thirteen (13) firearms each visit and transported them to California. I confirmed through financial and or/cellular phone records that Okustino MAUISA traveled to Utah on or about August 23, 2021 and on or about October 29, 2021.

15. A query through Lavulavu's cell phone revealed a conversation between Okustino MAUSIA and Lavulavu on July 9, 2021. From the conversation, Okustino MAUSIA stated to Lavulavu, "I'm good unc just running around hitting stores for my pops n them." Based on my training and experience with firearms trafficking investigation, conversation regarding "hitting stores" mean visiting different FFLs for certain firearms. I discovered another conversation between Devin MAUSIA and Lavulavu on October 27, 2021. From the conversation, Devin MAUSIA stated, "Unk ima send money for my pips." Devin corrected the spelling of "pips" and texted "pops". Later in the conversation Devin MAUSIA said he sent the money and Lavulavu replied, "Got it 1000." Again, on two other separate occasions on October 29, 2021, and November 2, 2021, Devin MAUSIA stated to Lavulavu that he was going to send more money for "pips", which from the previous conversation meant "pops." Lavulavu replied on October 29, 2021, "1100" and on November 2, 2021, "Got it 2500." Between that seven-day window of Devin MAUSIA sending money,

9

on behalf of his father Falakiko MAUSIA, to Lavulavu, which totaled $3,700 dollars, the collection of ATF form 4473s and queries of multiple sales reports from etrace revealed that NAA purchased approximately twelve (12) firearms from October 27, 2021, to November 3, 2021.

16. Based upon my training and experience in firearms trafficking and the information obtained throughout this investigation, there is probable cause to believe that Okustino MAUSIA, Falakiko MAUSIA, and Devin MAUSIA did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to engage in the business of dealing in firearms without a license, and in the course of such business to receive and transport any firearm in interstate commerce without a license; all in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A). Additionally, there is probable cause to believe that Okustina MAUSIA, with the intent to engage in conduct that constitutes a violation of 18 U.S.C. § 922(a)(1)(A), traveled from California to Utah and acquired firearms in furtherance of such purpose, and did aid and abet therein; all in violation of 18 U.S.C. §§ 924(n) and 2.

SEAN NICOLIO
Digitally signed by SEAN NICOLIO
Date: 2022.03.22 10:59:10 -06'00'

Affiant,
Special Agent Sean Nicolio - ATF

SUBSCRIBED AND SWORN to before me this  22   day of March 2022.


_____
JARED C. BENNETT
United States Magistrate Court Judge

APPROVED AS TO FORM:

ANDREA T. MARTINEZ
United States Attorney


*/s/ Jamie Z. Thomas*
JAMIE Z. THOMAS
Assistant United States Attorney

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Central District of Utah

| | |
|---|---|
| United States of America </br> v. </br> FALAKIKO MAUSIA </br> *Defendant* | ) </br> ) </br> ) Case No. 2:22mj181 JCB </br> ) </br> ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* FALAKIKO MAUSIA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 371 and 922(a)(1)(A) - Conspiracy to Engage in the Business of Dealing in Firearms without a License

Date: March 22, 2022

*Issuing officer's signature*

City and state:  Salt Lake City, Utah         JARED C. BENNETT, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                Weight:

Sex:                                                                   Race:

Hair:                                                                  Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: