JODI LINKER
Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Jerome_Matthews@fd.org

Counsel for Defendant mausia

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 4:22-mj-70588 MAG[DMR] |
| Plaintiff, | **STIPULATION AND ORDER VACATING HEARING DATE** |
| v. | |
| FALAKIKO MAUSIA, | |
| Defendant. | |

    This Fed. R. Crim. P. 5 matter presently is scheduled for a status conference regarding removal to the District of Utah on May 12, 2022. The parties have been informed that Mr Mausia's court appearance in the District of Utah has been set for May 26, 2022 at 2:00 p.m. For this reason,

    IT IS STIPULATED AND AGREED that this matter be taken off calendar and that the Court issue its order of removal.

1

2        IT IS SO STIPULATED.

3

4 Dated:  May 9, 2022

5        JODI LINKER

6        Federal Public Defender
         Northern District of California

7           /S

8        JEROME E. MATTHEWS
         Assistant Federal Public Defender

9

10 Dated:  May 9, 2022

11        STEPHANIE HINDS

12        United States Attorney
         Northern District of California

13           /S

14        BENJAMIN KLEINMAN
         Special Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 4:22 70588 MAG[DMR] |
| Plaintiff, | **ORDER VACATING HEARING DATE** |
| v. | |
| FALAKIKO MAUSIA, | |
| Defendant. | |

For the reasons stated in the parties' stipulation and good cause appearing therefor,

IT IS ORDERED that the May 12, 2022 status conference in this matter is VACATED. The Court will issue a removal order.

IT IS SO ORDERED.

Dated:      May 9, 2022

IT IS SO ORDERED

Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge